IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA MEDICAL FACILITY,<br><br>  Defendant. | No. 2:21-CV-0540-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

   On November 3, 2021, the Court directed Plaintiff to file a second amended complaint within 30 days. See ECF No. 21. Plaintiff has since filed four notices describing various difficulties he is experiencing, ranging from a prison transfer to medical issues, making it difficult for him to meet the Court's deadline. See ECF Nos. 22, 23, 24, and 25. The Court construes these notices as a motion for extension of time and, so construed, finds good cause for granting an extension.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time to file a second amended complaint; and

2. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

Dated:  December 28, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE