# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:21-CV-0540-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA MEDICAL FACILITY, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 71, for an extension of time. Plaintiff's motion is denied because he does not specifically state what deadline he seeks to be extended and there are currently no deadlines in this case. The sufficiency of Plaintiff's second amended complaint, filed on September 30, 2022, will be addressed separately.

IT IS SO ORDERED.

Dated: December 23, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1