**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL FOUST,<br>Plaintiff,<br>v.<br>AQUILIAN, et al.,<br>Defendants. | No. 2:21-CV-0540-DJC-DMC-P<br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

Pursuant to Court order, Plaintiff has filed a fourth amended complaint. <u>See</u> ECF No. 121. After the fourth amended complaint was filed, Plaintiff filed various documents entitled "supplement" and exhibits." <u>See</u> ECF Nos. 122, 123, 124, 126, and 127. Plaintiff then filed a fifth amended complaint without leave of court to do so. <u>See</u> ECF No. 131. Following the improper filing of the fifth amended complaint, Plaintiff filed further exhibits. <u>See</u> ECF No. 134.

As Plaintiff was most recently advised, Plaintiff has been granted leave to file a fourth amended complaint as to his claims against Defendants Aquilian and Kahlon only. <u>See</u> ECF No. 117. Plaintiff has also been previously advised that, while not necessary, any exhibits Plaintiff wishes to submit in support of his amended complaint must be attached to the amended complaint because the Court cannot refer to multiple separate filings to make Plaintiff's pleading

complete. See id. Here, Plaintiff's fourth amended complaint is not complete in that it consists only of page 5 of the Court's form complaint for prisoners. See ECF No. 121, pg. 2. The filing indicates that the allegations are "continued from page 4," but there is no page 4. The fourth amended complaint is also devoid of jurisdictional allegations or a caption. See generally ECF No. 121. The Court will dismiss the fourth amended complaint and direct that Plaintiff re-file a complete pleading on the form provided. Plaintiff is also cautioned again that any supporting documents must be attached to the fourth amended complaint. Plaintiff's fifth amended complaint will be stricken as having been improperly filed without leave of court. See Fed. R. Civ. P. 15.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's fifth amended complaint, ECF No. 131, is stricken.

2. Plaintiff's fourth amended complaint is dismissed with leave to amend.

3. Within 30 days of the date of this order, Plaintiff shall re-file his fourth amended complaint on the form provided, with any supporting exhibits attached and not filed separately.

4. The Clerk of the Court is directed to forward to Plaintiff the Court's form complaint for prisoner civil rights actions.

Dated: July 15, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE